FILED
JUL 23 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Anwuan K. Tucker )
_____ )
_____ ) Case Number: 18-1425-MJR
_____ )      (Clerk's Office will provide)
*Plaintiff/Petitioner(s)* )
v. ) ☒ CIVIL RIGHTS COMPLAINT
Sangamon County Sheriff's Dept. ) pursuant to 42 U.S.C. §1983 (State Prisoner)
_____ ) ☐ CIVIL RIGHTS COMPLAINT
_____ )  pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_____ ) ☐ CIVIL COMPLAINT
_____ )  pursuant to the Federal Tort Claims Act,
*Defendant/Respondent(s)* )  28 U.S.C. §§1346, 2671-2680, or other law

I. **JURISDICTION**   ~~#47903~~

**Plaintiff:** Anwuan K. Tucker  1# Sheriff's Plaza Springfield, IL 62701

A. Plaintiff's mailing address, register number, and present place of confinement.

**Defendant #1:**

B. Defendant Sangamon County Sheriff's Dept. is employed as
    (a) (Name of First Defendant)

    Jail
    (b) (Position/Title)

with 1# Sheriff's Plaza Springfield, IL 62701
    (c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain: Sangamon County Sheriff's Dept.

(Rev. 7/2010)                                          1

**Defendant #2:**

C.  Defendant ___LT. Kirby___ is employed as
(Name of Second Defendant)

___Classification Officer___
(Position/Title)

with ___Sangamon County Sheriffs Dept___
(Employer's Name and Address)
___1# Sheriff Plaza Springfield, IL 62701___

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?  ☒ Yes  ☐ No

If you answer is YES, briefly explain: ___Racially discriminated against me.___

**Additional Defendant(s) (if any):**

D.  Using the outline set forth above, identify any additional Defendant(s).

LT. Smith

Classification Officer

Sangamon County Sheriffs Dept.
1# Sheriffs Plaza Springfield, IL 62701

YES

Racially discriminated against me.

II. **PREVIOUS LAWSUITS**

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?     ☒ Yes     ☐ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

1. Parties to previous lawsuits:
   Plaintiff(s): Anwan K. Tucker

   Defendant(s): Sangamon County Sheriff's Dept.

2. Court (if federal court, name of the district; if state court, name of the county): U.S. District Court / Central District of IL

3. Docket number: 3:18-cv-03143-CSB / 3:18-cv-03138 SLD

4. Name of Judge to whom case was assigned: Colin Stirling Bruce / Sara Darrow

5. Type of case (for example: Was it a habeas corpus or (civil rights) action?):

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

7. Approximate date of filing lawsuit: 6/15/2018  3:18-cv-03143-CSB / 4/8/2018 3:18-cv-03138 SLD

8. Approximate date of disposition:

(Rev. 7/2010)                                                3

III.  **GRIEVANCE PROCEDURE**

    A.  Is there a prisoner grievance procedure in the institution?  ☑ Yes   ☐ No

    B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?  ☑ Yes   ☐ No

    C.  If your answer is YES,
        1.  What steps did you take?  I Grievance the matter.

        2.  What was the result?  I was told that Classification doesnt make any decisions and I was going to the North Pond. End of discussion.

    D.  If your answer is NO, explain why not.

    E.  If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?  ☐ Yes   ☐ No

    F.  If your answer is YES,
        1.  What steps did you take?

        2.  What was the result?

    G.  If your answer is NO, explain why not.

    H.  Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

Everything is did by computer here and they refuse to save anything in writting. I saved all my message and I also have a confirmation number 64974332

(Rev. 7/2010)    4

IV. **STATEMENT OF CLAIM**

   A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I witness three white guys, members of a gang called Simmon City Royal's go into an inmate cell and beat him half to death. It looked like a bloody murder scene. Lt. Smith come in and took pictures of the cell. This inmate was taken to the hospital and had over a hundred stitches and staples placed in his head and face. (All) three gang members where taken back to court and charged with Mod-action and Assault. One of these guys I know to be Chad Martin and he was already in custody on multiple Arm Robberies. His bond was $50,000 cash. (Now) after Chad Martin and his two accomplice finish'd their segregation time they where all placed back on the Honor Blocks. Chad Martin was placed back on K-block and the other two where placed on J-block which is Honor block.

I'm in custody on a Retail Theft bond $5,000 cash. I'm not in a gang. I'm not a Violent person have no violence in my background what-so-ever. I did get into an incident was another inmate. This inmate walk'd-up on me and threated to slap me in the face with a food tray and called me a Nigger. I defended myself and he was taken to the hospital and I was taken back to court and charged with Aggravated Battery. (Now) after I finish'd my segregation time I was told that I had to go to the North End and wasn't allow'd back in the Honor Blocks. The North End is maximum security, where all the violent offenders are place'd. Murders, gang members, fights everyday.

On June 17th 2018 I grievance my situation. This is what I stated word for word. "I am begging this administration please don't show favoritism. Treat and respect me in the same manner as you did Chad Martin and his two accomplices. Chad Martin was placed back on K-Block and his acomplices were placed on J-Block which is Honor Blocks. I am requesting to be placed back on K-block or J-Block or H-block which are (all) Honor Blocks.

(Rev. 7/2010)                    5

V.  **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

Sangamon County Sheriff's Dept. $50,000
LT. Kirby $15,000
LT Smith $15,000

VI. **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does ☐ does not request a trial by jury.   I do request a Trial by Jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: July 19th, 2018
(date)

Signature of Plaintiff: Anwan K. Tucker

Street Address: 222 E. Lawrence Apt 3#

Printed Name: Anwan K. Tucker

City, State, Zip: Springfield, IL 62703

Prisoner Register Number: _____

Signature of Attorney (if any)



Return address:
Anwar Tucker
1 #Sheriffs Plaza
Springfield, IL 62701

Addressee:
Clerk of Court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

Legal

MAIL CLEARED
US MARSHALS
SANGAMON COUNTY



RECEIVED
JUL 23 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

RECEIVED
JUL 23 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE